```
1  ANTHONY P. BROOKLIER, SBN 50198
   MARKS & BROOKLIER
2  10100 Santa Monica Blvd.
   Suite 300
3  Los Angeles, CA 90067
   Telephone: (310) 772-2287
4  Facsimile: (310) 772-2286

5  Attorney for Defendant
   LUIS ARMANDO PENATE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-03-64-WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO EXONERATE BOND |
| v. | ) | |
| LUIS ARMANDO PENATE, | ) | |
| Defendant. | ) | |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO FOUND AND ORDERED that the Defendant, LUIS ARMANDO PENATE's ex parte application for order to exonerate bond is GRANTED.

Dated: August 17, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:

_____
ANTHONY P. BROOKLIER
Attorney for Defendant

LUIS ARMANDO PENATE

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )

COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., Suite 1200, Los Angeles, California 90067.

    On August 16, 2005, I served the foregoing document described as **[PROPOSED] ORDER TO EXONERATE BOND** on all parties in this action by placing the true copies thereof enclosed in a sealed envelope addressed as stated on the attached mailing list.

\_\_\_\_\_BY MAIL
    I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully paid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_BY PERSONAL SERVICE
    I caused such envelope to be delivered by hand to the offices of the addressee.

\_\_\_\_\_BY FAX
    I caused such document to be transmitted via fax to the offices of the addressee.

\_\_\_\_\_STATE   I declare, under penalty of perjury, under the laws of the State of California that the above is true and correct.

\_\_\_\_\_FEDERAL   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    EXECUTED on August 16, 2005, at Los Angeles, California.

                                        _____
                                          HAROLD E. FRAZIER, JR.

**LIST OF PARTIES SERVED**

Daniel S. Linhardt
Assistant U.S. Attorney
United States Attorney's Office
501 "I" Street
Sacramento, CA 95814
Telephone: (916) 554-2770
Facsimile: (916) 554-2900