PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT AND RECOMMENDATION OF OFFENDER TERMINATION

| | |
|---|---|
| **Offender Name:** | Luis Amando PENATE |
| **Docket Number:** | 2:03CR00064-01 |
| **Offender Address:** | Los Angeles, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/01/2005 |
| **Original Offense:** | 18 USC 1347, 2 - Health Care Fraud, Aiding and Abetting (CLASS C FELONY)(Counts 1 and 3) |
| **Original Sentence:** | 14 months custody Bureau of Prisons; 36-month Term of Supervised Release; $101,030.72 restitution; $5000 fine; $200 special assessment |
| **Special Conditions:** | Search and seizure; Shall not dispose of assets; Financial disclosure; No new credit; Substance abuse testing with $25 per month co-payment for testing services; Cooperate with INS/ICE. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 07/22/2006 |
| **Assistant U.S. Attorney:** | Daniel S. Linhardt      **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Anthony P. Brooklier      **Telephone:** (916) 441-0828<br>Retained Counsel |

**Other Court Action:**

<u>**08/12/2008**</u>:       Prob 12B petition modifying conditions to include 100 hours of community service, based on violation of incurring new credit without the approval of the probation officer.

Rev. 08/2006
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

**RE:    Luis Amando PENATE**
       **Docket Number:   2:03CR00064-01**
       **REPORT AND RECOMMENDATION OF OFFENDER TERMINATION**

---

The purpose of this report is to advise the Court of the following:

The releasee has been supervised by the Central District of California Probation Office. The releasee has been unable to establish and maintain a payment schedule to ensure full collection of restitution prior to expiration of supervision, and he has an outstanding balance of $38,755.72. Throughout the period of supervision, the releasee's economic circumstances have been monitored for changes that might affect his ability to pay. When appropriate, the payment schedule has been modified to ensure required payments are commensurate with the releasee's financial ability. His income has remained stable, and the releasee has complied with complete financial disclosure. He is also in compliance with all other supervision terms and conditions. To date, the releasee has paid $62,275.00 toward his financial obligation. The supervising probation officer will continue collection efforts until expiration of supervision.

**United States Probation Officer Plan/Justification:** Based on the continued collection efforts of the United States Attorney's Financial Litigation Unit following this supervision term, it is the probation officer's recommendation the case be allowed to expire as scheduled on July 25, 2009. Per statute, no further term of supervised release is authorized.

Respectfully submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**
Telephone:  (916) 786-2947

**DATED:**   January 30, 2009
            Roseville, California
            RAE:jc

RE: Luis Amando PENATE
Docket Number:  2:03CR00064-01
**REPORT AND RECOMMENDATION OF OFFENDER TERMINATION**

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

**Date: February 2, 2009**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
Daniel S. Linhardt, Assistant United States Attorney
Anthony P. Brooklier, Retained Counsel

Anthony P Brooklier
10100 Santa Monica Boulevard, Suite 100
Los Angeles, California 90067
(310) 772-2287